JS-6

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
       Special Assistant United States Attorney
       Program Litigation 1
       Social Security Administration | Law & Policy
       6401 Security Boulevard
       Baltimore, MD 21235
       Telephone: (415) 977-8928
       Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE SANCHEZ,<br><br>       Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:25-cv-08537-BFM<br><br><br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further

JUDGMENT OF REMAND                    Page 1

Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 2/13/2026

_____

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND                    Page 2